ANNA E. M. IMBRIOSCIA, Appellant, *v.* FRANK J. QUAYLE et al., Constituting the Board of Trustees of the New York Fire Department Pension Fund and the New York Fire Department Life Insurance Fund, et al., Respondents.

Argued January 14, 1952; decided January 25, 1952.

*James N. Fazio* for appellant.

*Bernard Meyerson* and *John G. Esposito* for Elizabeth Imbrioscia, respondent.

*Denis M. Hurley, Corporation Counsel* (*Henry J. Shields* and *Seymour B. Quel* of counsel), for Board of Trustees of New York Fire Department Pension Fund and Life Insurance Fund, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.